FILED
CLERK, U.S. DISTRICT COURT

6/23/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_\_MMC\_\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 2:25-CR-00514-SRM |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 111(a)(1): Simple Assault on Federal Officer] |
| ASHLEY RODRIGUEZ, and JOCELINE RODRIGUEZ, | [CLASS A MISDEMEANOR] |
| Defendants. | |

The United States Attorney charges:

COUNT ONE

[18 U.S.C. § 111(a)(1)]

On or about June 7, 2025, in Los Angeles County, within the Central District of California, defendant ASHLEY RODRIGUEZ intentionally and forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with an employee of the United States Border Patrol, while the employee was engaged in, and on account of, the performance of the employee's official duties.

COUNT TWO

[18 U.S.C. § 111(a)(1)]

On or about June 7, 2025, in Los Angeles County, within the Central District of California, defendant JOCELINE RODRIGUEZ intentionally and forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with an employee of the United States Border Patrol, while the employee was engaged in, and on account of, the performance of the employee's official duties.

BILAL A. ESSAYLI
United States Attorney

CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division

*Frances S. Lewis* (signature)

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

SHAWN T. ANDREWS
Assistant United States Attorney
Deputy Chief, General Crimes Section

JOSHUA J. LEE
Assistant United States Attorney
General Crimes Section

2