FILED
CLERK, U.S. DISTRICT COURT
6/23/25
CENTRAL DISTRICT OF CALIFORNIA
BY: ___MR___ DEPUTY

BILAL A. ESSAYLI
United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
JOSHUA J. LEE (Cal. Bar No. 318332)
Assistant United States Attorney
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3183
    Facsimile: (213) 894-0142
    E-mail:   Joshua.Lee2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ASHLEY RODRIGUEZ, and<br>JOCELINE RODRIGUEZ,<br><br>    Defendants. | No. 2:25-mj-03506-DUTY<br><br>[████████] ORDER TO DISMISS COMPLAINT WITHOUT PREJUDICE AGAINST DEFENDANTS PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a) |

The Court has read and considered the government's motion to dismiss the complaint without prejudice against defendants Ashley Rodriguez and Joceline Rodriguez. The Court finds that there is good cause to dismiss the complaint in the interests of justice.

///

///

///

1  Accordingly, IT IS HEREBY ORDERED that the complaint is
2  dismissed without prejudice against defendants Ashley Rodriguez and
3  Joceline Rodriguez in the interests of justice.
4  IT IS SO ORDERED.

June 23, 2025
DATE                              HONORABLE PEDRO V. CASTILLO
                                  UNITED STATES MAGISTRATE JUDGE

Presented by:

           /s/
JOSHUA J. LEE
Assistant United States Attorney