**DENIED**
BY ORDER OF
**AUTUMN D. SPAETH**
UNITED STATES MAGISTRATE JUDGE
ON: August 11, 2025

Katherine Corrigan, CA. SBN 132226
CORRIGAN WELBOURN & STOKKE
A PROFESSIONAL LAW CORPORATION
4100 Newport Place, Suite 550
Newport Beach, CA 92660
Telephone: 949-251-0330
Facsimile: 949-251-1181
E-Mail: kate@cwsdefense.com

Attorney for Defendant
JOCELINE RODRIGUEZ

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:25-CR-00514-SRM |
| Plaintiff, | [PROPOSED] ORDER MODIFYING PRETRIAL RELEASE CONDITIONS |
| vs. | |
| JOCELINE RODRIGUEZ, | |
| Defendant | |

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT:**

The Defendant's pretrial release conditions be modified as follows:

1. The condition that the Defendant participate in the Location Monitoring Program and be subject to a curfew is deleted.

2. All other conditions of pretrial release are to remain in place.

DATED: _____ **DENIED** _____
HONORABLE AUTUMN D. SPAETH
UNITED STATES MAGISTRATE JUDGE

cc: USPPS

-1-

**CERTIFICATE OF SERVICE**

I, Katherine Corrigan, declare:

    That I am a citizen of the United States and resident or employed in Orange County, California; that my business address is Corrigan Welbourn & Stokke, A Professional Law Corporation, 4100 Newport Place, Suite 550, Newport Beach, California 92660; that I am over the age of eighteen years, and am not a party to the above-entitled action;

    That I am an attorney and am a member of the bar of the State of California and am a member of the bar of the United States District Court for the Central District of California, and that on TODAY'S DATE, I caused to be e-mailed or faxed a true and correct copy of:

[PROPOSED] ORDER MODIFYING PRETRIAL RELEASE CONDITIONS
**ADDRESSED TO**:

Daniel Casas-Mora    Via e-mail Daniel_CasasMora@cacp.uscourts.gov
United States Probation and Pretrial Services


AUSA Alix Sandman    Via email: Alix.Sandman@usdoj.gov
United States Attorney's Office


    I certify under penalty of perjury that the foregoing is true and correct.

DATED: July 24, 2025        _/s/_____
                                           Katherine Corrigan