1  Katherine Corrigan, CA. SBN 132226
   CORRIGAN WELBOURN & STOKKE
2  A PROFESSIONAL LAW CORPORATION
   4100 Newport Place, Suite 550
3  Newport Beach, CA 92660
   Telephone: 949-251-0330
4  Facsimile: 949-251-1181
   E-Mail:  kate@cwsdefense.com
5  Attorney for Defendant
   JOCELINE RODRIGUEZ
6

7                 UNITED STATES DISTRICT COURT

8          FOR THE CENTRAL DISTRICT OF CALIFORNIA

9                      WESTERN DIVISION

10

11 UNITED STATES OF AMERICA,        )  Case No.:  2:25-CR-00514-SRM
                                    )
12          Plaintiff,              )  ORDER MODIFYING PRETRIAL
                                    )  RELEASE CONDITIONS
13     vs.                          )
                                    )
14 JOCELINE RODRIGUEZ,              )
              Defendant             )
15                                  )
                                    )
16 _____ )

   **GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED**
17
   **THAT:**
18
        The Defendant's pretrial release conditions be modified as follows:
19
   1. That on September 21-22, 2025 and October 23-24, 2025, the Defendant's
20
      curfew is expanded from 11:00 p.m. to 1:00 a.m.
21
   2. All other conditions of pretrial release are to remain in place.
22

23
   DATED:  09/15/2025          _____/s/ Autumn D. Spaeth_____
24                             HONORABLE AUTUMN SPAETH
                               UNITED STATES MAGISTRATE JUDGE
25

                                   -1-

1

**CERTIFICATE OF SERVICE**

2

I, Katherine Corrigan, declare:

3

4
      That I am a citizen of the United States and resident or employed in Orange County, California; that my business address is Corrigan Welbourn & Stokke, A

5
Professional Law Corporation, 4100 Newport Place, Suite 550, Newport Beach, California 92660; that I am over the age of eighteen years, and am not a party to the

6
above-entitled action;

7
      That I am an attorney and am a member of the bar of the State of California and am a member of the bar of the United States District Court for the Central

8
District of California, and that on TODAY'S DATE, I caused to be e-mailed or faxed a true and correct copy of:

9
[PROPOSED] ORDER MODIFYING PRETRIAL RELEASE CONDITIONS **ADDRESSED TO**:

10

11
Daniel Casas-Mora     Via e-mail Daniel_CasasMora@cacp.uscourts.gov
United States Probation and Pretrial Services

12

13

AUSA Patrick Kibbe      Via email: Patrick.Kibbe@usdoj.gov

14
United States Attorney's Office

15

16

17
      I certify under penalty of perjury that the foregoing is true and correct.

18
DATED: September 12, 2025     _/s/_____
                     Katherine Corrigan

19

20

21

22

23

24

25