CC: PSA

TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney &
Chief, Criminal Division
PATRICK CASTAÑEDA (Cal. Bar No. 319431)
Assistant United States Attorney
Transnational Organized Crime Section
1400 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-0637
Facsimile: (213) 894-0142
E-mail: patrick.castaneda@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOCELINE RODRIGUEZ,

Defendant.

No. 2:25-CR-00514-SRM-2

ORDER DISMISSING THE INFORMATION AS TO DEFENDANT JOCELINE RODRIGUEZ AND EXONERATING BOND

Having considered the government's application, it is HEREBY ORDERED THAT, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Information filed on June 23, 2025 (Dkt. No. 67) in the above-captioned case is DISMISSED WITH PREJUDICE as to

//

defendant JOCELINE RODRIGUEZ and that the bond is exonerated with respect to this defendant.

August 18, 2026
DATE

HONORABLE SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE

Presented by:

/s/
PATRICK CASTAÑEDA
Assistant United States Attorney